UNITED STATES of America, Plaintiff–Appellant,

v.

Mark James KNIGHTS; Steven Simoneau, Defendants– Appellees.

No. 99–10538.

United States Court of Appeals, Ninth Circuit.

Jan. 24, 2002.

Before: CANBY, REINHARDT, and FERNANDEZ, Circuit Judges.

**ORDER**

The district court ordered suppression of evidence that had been discovered when Mark James Knights' home was searched. We affirmed. *See United States v. Knights,* 219 F.3d 1138 (9th Cir.2000). However, the Supreme Court disagreed, and determined that the conduct of the officers was not a violation of the Fourth Amendment. *See United States v. Knights,* 534 U.S. 112, 122 S.Ct. 587, 151 L.Ed.2d 497 (2001). It reversed and remanded for further proceedings. *Id.* 122 S.Ct. at 593.

We, therefore, reverse the district court's suppression order and remand to the district court for further proceedings consistent with the decision of the Supreme Court.

**REVERSED and REMANDED.**